**Earl BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36644.**

Missouri Court of Appeals, Western District.

Aug. 27, 1985.

Joseph H. Locascio, Special Public Defender, Jane McQueeny, Asst. Special Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from denial without evidentiary hearing of a Rule 27.26 motion to vacate convictions of kidnapping, § 565.110 RSMo (1978), rape, § 566.030 RSMo (1978), sodomy, § 566.060 RSMo (1978), and first degree robbery, § 569.020 RSMo (1978), and sentences of thirty years and five years, to be served consecutively.

Judgment affirmed. Rule 84.16(b).